An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SUSAN HIROKO LILES,
Appellant,
vs.
MELINDA BOOTH DOGRA; AND
JAGDISH DOGRA,
Respondents.

No. 62972

**FILED**

SEP 0 4 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

### ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, this appeal is hereby dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Linda Marie Bell, District Judge
      Lewis & Roca, LLP/Las Vegas
      Barron & Pruitt, LLP
      Raleigh & Hunt, P.C.
      Law Office of William R. Brenske
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-26120